UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| Steven Pruett | ) Chapter 13 Case No. 07-20403 |
| | ) |
| Debtor | ) |

**NOTICE OF MOTION FOR DEPOSIT OF FUNDS
INTO U. S. TREASURY FUND 6047BK**

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $45.37 into U. S. Treasury Fund 6047BK for the following reasons:

1. That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That the debtor's case was completed in April 2010 and a refund checks was sent to the Debtor in the amount of $45.37.
3. To date said checks remain uncashed and the Trustee cannot locate the debtor.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $45.37 into U.S. Treasury Fund 6047BK on behalf of Debtor, Steven Pruett whose last known address was 2051 E. 84th Street, Apt. 1A, Merrillville, IN 46410.

/s/   Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion was sent electronically on June 10, 2010 to the attorney for the debtor and the United States Trustee.

/s/   Paul R. Chael
Paul R. Chael, Chapter 13 Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015